UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD,
D4, CORY JUSTIN MANN,
D5, THOMAS REED QUARTZ, and
D6, ROSINA ANGELO,

    Defendants.

Case No. 22-cr-20188
Hon. Matthew F. Leitman

_____/

## ORDER CONFIRMING STATUS CONFERENCE DIRECTIVES

On March 22, 2023, the Court held an on the record Status Conference in this case. For the reasons explained on the record during the Conference, **IT IS HEREBY ORDERED** as follows:

1. In order to help ensure that defense counsel is ready and able to go to trial on the current trial date of January 16, 2024, by not later than **May 30, 2023**, the Government shall:

   a. Provide Defendants with a witness list identifying the witnesses the Government will call at trial and separately identifying the witnesses that the Government may call at trial;

   b. Provide Defendants with an exhibit list identifying the exhibits the Government intends to use in its case-in-chief. For each exhibit

1

        identified on the list, the Government shall identify the witness(es) with whom the Government intends to use the exhibit;

    c.    Identify which of the materials provided thus far during discovery have been provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure (as opposed to being provided out of an abundance of caution);

    d.    Provide Defendants with all Brady, Gilgio, and/or Agurs materials that the Government has in its possession; and

    e.    Provide Defendants with all Jencks Act materials.

During the Conference, the Government did not object to the imposition of the requirements herein. But the Government did indicate that as trial approaches, it will need to supplement the production of the materials it is being ordered to produce. The Court understands that the Government will need to supplement, and the Court approves ongoing supplementation of the materials that must be produced. Nonetheless, the Court expects the Government, by the deadline set forth herein, to make a good faith effort to make a production of the materials and information identified herein that is as complete as reasonably possible.

    2.    Defense counsel shall meet and confer among themselves to determine whether they can agree on a proposal to sever Defendants and/or Counts in the Indictment. After that meet and confer, Defense counsel shall meet and confer with Government counsel to determine whether the parties can reach an agreement concerning the severance of Defendants and/or Counts. If an

agreement is reached, the parties shall submit a proposed stipulated order to the Court for review and consideration. In the event that an agreement is not reached, Defendants shall file any motion for any type of severance (and/or a motion arguing mis-joinder of any kind) by not later than **May 5, 2023**.

3. By not later than **April 7, 2023**, the Government shall complete its production of all discovery materials currently in its possession but not yet produced.

4. By not later than **April 26, 2023**, the Government shall respond to the pending motions filed at Docket numbers 133, 134, and 135.

5. By not later than **April 14, 2023**, the Government shall provide defense counsel with (a) a list of disks bearing discovery materials that have been produced by the Government and (b) an identification of the Bates numbers of the documents produced on each disk.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126