UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                   Case No. 22-cr-20188
                                                  Hon. Matthew F. Leitman

v.

MICHAEL ANGELO, et al.,

      Defendants.
_____/

**ORDER CONCERNING SEVERANCE AND DISCOVERY MATTERS**

On September 25, 2023, the Court held an on-the-record Status Conference with counsel to discuss issues related to severance and discovery. For the reasons explained on the record during the conference, IT IS HEREBY ORDERED as follows:

    1.     The Court will enter the stipulated order submitted by the parties which calls for the severance (for trial) of Counts 1-22 (the Wire Fraud Counts) from Counts 23-27 (the Tax Counts). The Court will hold the trial on the Wire Fraud Counts before it holds the trial on the Tax Counts.

    2.     If the Government serves any discovery on Defendants from this date forward, the Government shall certify to the Defendants in the transmittal letter that accompanies the discovery that the discovery consists of new materials that were not previously in the Government's possession.

1

3. The Court declines to order the Government to make a new production of all material that the Government has designated as Rule 16 material.

4. By not later than the Final Pretrial Conference, the Government shall identify in writing for the Defendants the witnesses that the Government will use to admit each exhibit at trial.

5. The Court declines to order the Government to provide Defendants with all previously-served discovery materials in a single production on a hard drive submitted by defense counsel.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126