UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD, and
D4, CORY JUSTIN MANN,

      Defendants.

_____/

Case No. 22-cr-20188
Hon. Matthew F. Leitman

### ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CHARGES ALLEGED IN COUNTS ONE TO SEVEN AND THIRTEEN TO TWENTY-ONE OF THE INDICTMENT (ECF No. 192)

The Government has filed a motion to dismiss Counts One to Seven and Thirteen to Twenty-One of the Indictment with prejudice. The motion is unopposed. The motion is **GRANTED**. Counts One to Seven and Thirteen to Twenty-One of the Indictment are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2023