UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL ANGELO, et al.,

      Defendants.

Case No. 22-cr-20188
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING DEFENDANT MICHAEL ANGELO'S MOTION FOR PRODUCTION OF GRAND JURY MATERIALS PURSUANT TO FED. R. CRIM. P. 6(b)(3)(E) (ECF No. 180) AND (2) SETTING DEADLINE FOR POSSIBLE MOTIONS TO DISMISS INDICTMENT

For the reasons stated on the record on November 16, 2023, Defendant Michael Angelo's Motion for Production of Grand Jury Materials Pursuant to Fed. R. Crim. P. 6(b)(3)(E) (ECF No. 180) is **GRANTED**.

By not later than December 18, 2023, the Government shall provide to all Defendants:

    a.    Statements made by government attorneys to the grand jury that summarized evidence or witness testimony related to the tax charges in the Indictment;

1

    b.    Statements made by government attorneys to the grand jury that instructed the grand jury on the law and the elements of the tax charges in the Indictment; and

    c.    All communications between government counsel and the grand jury on April 6, 2022, concerning the tax charges in the Indictment.

If any defendant wishes to file a motion to dismiss based on the theory presented in the Motion for Production of Grand Jury Materials Pursuant to Fed. R. Crim. P. 6(b)(3)(E) (ECF No. 180), that defendant shall file such motion not later than <u>January 19, 2024</u>.

**IT IS SO ORDERED.**

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated: November 16, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 16, 2023, by electronic means and/or ordinary mail.

                        s/Holly A. Ryan
                        Case Manager
                        (313) 234-5126