UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL ANGELO, *et al.,*

      Defendants.
_____/

Case No. 22-cr-20188
Hon. Matthew F. Leitman

## STIPULATION REGARDING MOTIONS TO SEVER

It is hereby agreed between the parties that all motions by Defendants to sever counts or defendants shall be filed on or before March 4, 2024.

Dated: February 14, 2024

**SO STIPULATED:**

| | |
|---|---|
| *s/John Minock* <br> JOHN MINOCK <br> 339 E. Liberty Street, Suite 200 <br> Ann Arbor, Michigan 48104 <br> 734-668-2200; fax: 734-668-0416 <br> jminock@cramerminock.com <br> Counsel for Thomas Quartz | */s/ Mark S. McDonald* (by consent) <br> MARK S. MCDONALD <br> Trial Attorney, DOJ Tax Division <br> 150 M Street, N.E. <br> Washington, D.C. 20002 <br> 202-305-4418 <br> marksmcdonald@usdoj.gov <br> Counsel for the United States |

/s/ R. Michael Bullotta (by consent)
R. MICHAEL BULLOTTA
Bullotta Law PLLC
615 Griswold, Ste. 1620
Detroit, Michigan 48226
313-400-5776
michael@bullottalaw.com
Counsel for Michael Angelo

/s/ Kimberly W. Stout (by consent)
KIMBERLY W. STOUT
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009
248-258-3181
wadesmom1@aol.com
Counsel for Mirna Fayad

/s/ William L. Thompson (by consent)
Eric M. Nemeth
William L. Thompson
Varnum LLP
480 Pierce St., Ste. 300
Birmingham, Michigan 48009
313-481-7318
emnemeth@varnumlaw.com
wlthompson@varnumlaw.com
Counsel for Cory Mann

/s/ James W. Amberg (by consent)
JAMES W. AMBERG
Amberg and Amberg
32121 Woodward Ave., Ste. PH
Royal Oak, Michigan 48073
248-681-6255
jamberg@amberglaw.net
Counsel for Hassan Fayad

/s/ Patrick J. Hurford (by consent)
PATRICK J. HURFORD
Patrick Hurford PLLC
645 Griswold St., Ste. 1717
Detroit, Michigan 48226
313-938-0693
patrick@hurford.law
Counsel for Rosina Caruvana

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 22-cr-20188
                                                Hon. Matthew F. Leitman

v.

MICHAEL ANGELO, *et al.*,

      Defendants.
_____/

## ORDER REGARDING MOTIONS TO SEVER

The Court having read the above Stipulation,

**IT IS HEREBY ORDERED** that all motions to sever counts or defendants shall be filed on or before March 4, 2024.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 14, 2024