UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No. 22-cr-20188
                                                   Hon. Matthew F. Leitman

v.

MICHAEL ANGELO, et al.,

       Defendants.
_____/

## STIPULATION TO EXTEND MOTION DUE DATES

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America ("the government") and the Defendants in this matter require additional time to prepare materials prior to filing pretrial motions and thus jointly request that the pretrial motions deadline of August 2, 2024, as set in the current scheduling order (ECF No. 242), be extended three weeks and ask the court to set the pretrial motions deadline for August 23, 2024, excluding the specific motions deadline previously set for Defendant Michael Angelo to file a motion to dismiss – which remains due by August 30, 2024, as set in ECF No. 276.

SO STIPULATED:

Date: July 26, 2024

/s/ Mark McDonald
Mark McDonald (VA 72198)
U.S. Department of Justice, Tax Division
150 M Street, N.E.
Washington D.C. 20002
(202) 305-2672
Mark.S.McDonald@usdoj.gov

/s/ R. Michael Bullotta
R. Michael Bullotta, Esq. (MI P85866)
*Atty for Defendant Michael Angelo*
Bullotta Law
615 Griswold St. (Suite 1620)
Dearborn, MI 48124
(313) 400-5776
michael@bullottalaw.com

/s/ Kimberly W. Stout
Kimberly W. Stout (MI P38588)
*Atty for Defendant Mirna Kamal Fayad*
Kimberly W. Stout, P.C.
370 E. Maple Rd., 3rd Fl
Birmingham, MI 48009
(248) 248-3181
(248) 408-2621 (cell)
wadesmom1@aol.com

/s/ James Amberg
James Amberg, Esq. (MI P68564)
*Atty for Defendant Hassan Kamal Fayad*
Amberg & Amberg PC
32121 Woodward Ave, PH10
Royal Oak, MI 48703
(248) 681-6255
jamberg@amberglaw.net

/s/ John R. Mincok
John R. Minock, Esq. (MI P24626)
*Atty for Defendant Thomas Reed Quartz*
Cramer, Minock & Sweeney, PLC
339 E. Liberty Street, Ste 200
Ann Arbor, MI 48104-2258
(734) 668-2200
jminock@cramerminock.com

/s/ Patrick J. Hurford
Patrick J. Hurford, Esq. (MI P82903)
*Atty for Defendant Rosina Angelo*
Patrick Hurford PLLC
645 Griswold St. (Suite 1717)
Detroit, MI 48226
(313) 938-0693
patrick@hurford.law

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL ANGELO, et al.,

       Defendants.

_____/

Case No. 22-cr-20188
Hon. Matthew F. Leitman

## **ORDER TO ADJOURN DATES**

Upon stipulation of the parties, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** the pretrial motions deadline of August 2, 2024 as set in the current scheduling order (ECF No. 242) be extended three weeks and the pretrial motions deadline shall be August 23, 2024, excluding the specific motions deadline previously set for Defendant Michael Angelo to file a motion to dismiss- which remains due by August 30, 2024, as set in ECF No. 276.

    **IT IS SO ORDERED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: July 29, 2024