UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 22-cr-20188-1
                                        Hon. Matthew F. Leitman

v.

D1, MICHAEL ANGELO,

        Defendant.

---

**STIPULATION TO DISMISS COUNTS ELEVEN AND
TWELVE FOR DEFENDANT MICHAEL ANGELO**

---

The United States of America, by and through its undersigned attorneys, and Defendant Michael Angelo, by and through his counsel, hereby STIPULATE, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss, with prejudice, Counts Eleven and Twelve as charged in the Superseding Indictment (ECF No. 201) against Defendant Michael Angelo.

So Stipulated:                        August 22, 2024

| | |
|---|---|
| /s/R. Michael Bullotta | /s/Mark McDonald |
| R. Michael Bullotta, Esq. (MI P85866) | Mark McDonald (VA72198) |
| Counsel for Defendant Michael Angelo | Christopher O'Donnell (MA64394) |
| Bullotta Law | Trial Attorneys |
| 615 Griswold St. (Suite 1620) | 600 Church Street |
| Dearborn, MI 48124 | Flint, Michigan 48502-1280 |
| (313) 400-5776 | (202) 305-2672 |
| michael@bullottalaw.com | Mark.S.McDonald@usdoj.gov |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 22-cr-20188-1
                                              Hon. Matthew F. Leitman

v.

D1, MICHAEL ANGELO,

      Defendant.

---

## ORDER TO DISMISS COUNTS ELEVEN AND TWELVE FOR DEFENDANT MICHAEL ANGELO

---

This matter having come before this Honorable Court by stipulation of the government and the Defendant Michael Angelo, by and through his undersigned counsel, pursuant to Federal Rule of Criminal Procedure 48(a), and this Court being otherwise advised of the premises,

**IT IS HEREBY ORDERED** that Counts Eleven and Twelve as charged in the Superseding Indictment (ECF No. 201) against Defendant Michael Angelo are dismissed with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 23, 2024