UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, and
D6, ROSINA ANGELO,

    Defendants.

Criminal No. 4:22-cr-20188
Hon. Matthew F. Leitman

_____/

## STIPULATION TO ADJOURN TRIAL DATE AND SCHEDULING STATUS HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America ("the government") and the Defendants, regarding the jury trial on Counts Seven, Eight, and Ten as alleged in the Superseding Indictment in this matter (ECF No. 201) ("Indictment"), the jury trial date of November 6, 2024, and all associated deadlines shall be adjourned, and the motion deadline, plea cut-off deadline, final pretrial conference, jury trial, and this matter shall be set for a status conference on October 8, 2024, at 9:30 a.m.

The government requires additional time to evaluate the admissible evidence in this matter and the sufficiency of the same for each of the subject offenses, based on this Court's rulings in this and related matters.

Date: September 10, 2024        IT IS STIPULATED,

/s/ Mark McDonald
Mark McDonald (VA 72198)
DOJ Tax Division, Trial Attorney
600 Church Street
Flint, MI 48502-1280
(202) 305-2672
mark.s.mcdonald@usdoj.gov

/s/ Jorge Almonte
Jorge Almonte (DC 481391)
Assistant Chief
U.S. Department of Justice, Tax Division
150 M Street, N.E., Ste 1.125
Washington D.C. 20002
(202) 305-3676
Jorge.Almonte@usdoj.gov

/s/ R. Michael Bullotta
R. Michael Bullotta, Esq. (MI P85866)
*Counsel for Defendant Michael Angelo*
Bullotta Law
615 Griswold St. (Suite 1620)
Dearborn, MI 48124
(313) 400-5776
michael@bullottalaw.com

/s/ Kimberly W. Stout
Kimberly W. Stout, Esq. (MI P38588)
*Counsel for Defendant Mirna Kamal Fayad*
Kimberly W. Stout, PC
370 E Maple Rd Fl 3
Birmingham, MI 48009-6303
(248) 258-3181
wadesmom1@aol.com

/s/ Patrick Hurford
Patrick J. Hurford, Esq. (MI P82903)
*Counsel for Defendant Rosina Angelo*
Patrick Hurford PLLC
645 Griswold St. (Suite 1717)
Detroit, MI 48226
(313) 938-0693
patrick@hurford.law

/s/ James Amberg
James Amberg, Esq. (MI P68564)
Counsel for Defendant Hassan Kamal Fayad
Amberg & Amberg PC
32121 Woodward Ave, PH10
Royal Oak, MI 48703
(248) 681-6255
jamberg@amberglaw.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, and
D6, ROSINA ANGELO,

      Defendants.
_____/

Criminal No. 4:22-cr-20188
Hon. Matthew F. Leitman

### ORDER TO ADJOURN TRIAL DATE AND SCHEDULE STATUS HEARING

This matter having come before this Honorable Court by stipulation of the government and four of the charged defendants and this Court being fully advised:

**IT IS HEREBY ORDERED** that regarding the jury trial on Counts regarding the jury trial on Counts Seven, Eight, and Ten as alleged in the Superseding Indictment in this matter (ECF No. 201) ("Indictment"), the jury trial date of November 6, 2024, and all associated deadlines shall be adjourned, and the motion deadline, plea cut-off deadline, final pretrial conference, jury trial, and other this matter shall be set for a status conference on October 8, 2024, at 9:30 a.m.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2024