UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, AND
D6, ROSINA ANGELO,

    Defendants.
_____/

Criminal No. 4:22-cr-20188
Hon. Matthew F. Leitman

## **STIPULATION TO ADJOURN STATUS CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America ("the government") and the Defendants, regarding the status conference on October 8, 2024, at 9:30 a.m that the status conference shall be adjourned from the current date and time and set for a status conference at least 14 days following October 8, 2024.

The government requires additional time to evaluate the admissible evidence in this matter and the sufficiency of the same for each of the subject offenses, based on this Court's rulings in this and related matters.

Date: October 2, 2024                    IT IS STIPULATED,

/s/ Mark McDonald
Mark McDonald (VA 72198)
DOJ Tax Division, Trial Attorney
600 Church Street
Flint, MI 48502-1280
(202) 305-2672
mark.s.mcdonald@usdoj.gov

/s/ Jorge Almonte
Jorge Almonte (DC 481391)
Assistant Chief
U.S. Department of Justice, Tax Division
150 M Street, N.E., Ste 1.125
Washington D.C. 20002
(202) 305-3676
Jorge.Almonte@usdoj.gov

/s/ R. Michael Bullotta
R. Michael Bullotta, Esq. (MI P85866)
*Counsel for Defendant Michael Angelo*
Bullotta Law
615 Griswold St. (Suite 1620)
Dearborn, MI 48124
(313) 400-5776
michael@bullottalaw.com

/s/ Kimberly W. Stout
Kimberly W. Stout, Esq. (MI P38588)
*Counsel for Defendant Mirna Kamal Fayad*
Kimberly W. Stout, PC
370 E Maple Rd Fl 3
Birmingham, MI  48009-6303
(248) 258-3181
wadesmom1@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, AND
D6, ROSINA ANGELO,

    Defendants.

Criminal No. 4:22-cr-20188
Hon. Matthew F. Leitman

_____/

## ORDER TO ADJOURN STATUS CONFERENCE

This matter having come before this Honorable Court by stipulation of the government and four of the charged defendants and this Court being fully advised:

**IT IS HEREBY ORDERED** that the status conference on October 8, 2024, at 9:30 a.m. shall be adjourned from the current date and time and set for a status conference on November 25, 2024, at 9:30 a.m.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  October 2, 2024